AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR507 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 19016-047 |
| | ) | |
| MARCELL C. BENNETT, | ) | JEFFREY L. THOMAS |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgments: 1/5/2005 & 5/26/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 40 months as to Count I and 20 months as to Count III, to run consecutively, is reduced to 32 months as to Count I and 20 months as to Count III.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated May 26, 2006, shall remain in effect.
**IT IS SO ORDERED.**

Dated this this 3rd day of March, 2008.
Effective Date: Thursday, March 13, 2008

*S/Richard G. Kopf*
United States District Judge