## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jerry L. Johnson; | ) | 4:96CR3023 |
| Andrea L. Arps; | ) | 4:96CR3045 |
| Victor M. Ramirez; | ) | 4:98CR3007-2 |
| Jose C. Tapia; | ) | 4:98CR3007-3 |
| Marcell C. Bennett; | ) | 8:03CR507 |
| Dietra L. Wilkinson; | ) | 4:04CR3028 |
| Chester Grant Holmes. | ) | 4:05CR3064 |

On March 3, 2008, I entered judgment reducing the sentences in the foregoing cases. While there was no error in the sentencing reduction that we imposed, in the AO247s I incorrectly recited the Base Offense Level when I should have recited the Total Offense Level. While the judgments do not need to be changed, the Probation Office seeks an order permitting it to enter the proper Total Offense Level rather than the Base Offense Level in the PACTS system. Accordingly,

IT IS ORDERED that the Probation Office shall enter the Total Offense Level in the foregoing cases rather than the Base Offense Level that is recited in the AO247s.

March 4, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge