IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR507 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCELL BENNETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to continue his revocation hearing, (filing no. 80), is granted.

2) The revocation hearing on defendant's alleged supervised release violation will be held before the undersigned judge on August 19, 2009, at 12:00 p.m.

DATED this 6th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge