IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:03CR507 |
| MARCELL BENNETT, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 84, now set for August 19, 2009, at 12:00 noon until a date certain in approximately 90 to 120 days. The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 17th day of December, 2009, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated August 18, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge